## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela M. Lopatta<br>    fka Pamela M. Walker,<br>    fka Pamela M. Sorenson<br>                  Debtor | CHAPTER 13<br><br>BKY. NO. 13-22916 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                jwarmbrodt@kmllawgroup.com
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                Phone: 215-627-1322
                                                Fax: 215-627-7734
                                                Attorney for Movant/Applicant