IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  13-22916-JAD |
|    Pamela M. Lopatta | : | |
|                 Debtor(s) | : | |
| | : | Chapter 13 |
|    Pamela M. Lopatta | : | |
| | : | |
|                 Movant | : | |
| | : | |
| No Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING OF PAMELA M. LOPATTA**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than February 25, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 8, 2017, at 9:00 a.m. before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: February 7, 2017        /s/Douglas G. Hipp
                                                                Douglas G. Hipp
                                                                Attorney for the Debtor
                                                                Hipp/Kaiser-Hipp
                                                                1142 Broadview Blvd.
                                                                Brackenridge, PA  15014
                                                                PA Atty ID:  47766
                                                                Twohipp4u@hotmail.com