**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-22916-JAD |
| Pamela M. Lopatta ) | |
| Debtors ) | Chapter 13 |
| ) | Hearing Date: 3/8/17 at 09:00 AM |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION TO VOLUNTARILY DISMISS CHAPTER 13 FILING**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified on the attached list on February 7, 2017.

The type of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

EXECUTED ON: February 7, 2017

By:  /s/Douglas G. Hipp
Douglas G. Hipp
Attorney for the Debtors
Hipp/Kaiser-Hipp
900 Hulton Rd.
Oakmont, PA !5139
(412) 478-3603
twohipp4u@hotmail.com
PA ID # 47766

Served By First Class U.S. Mail

AES/NFSLW-1
Payment Center
Harrisburg, PA  17130-0001

AES/PHEAA
1200 North 7th St.
Harrisburg, PA  17102

AES/Suntrust
PO Box 2461
Harrisburg, PA  17105

AMEX
PO Box 360001
Ft. Lauderdale, FL  33336

Collection Service Center
832 Fifth Ave.
New Kensington, PA  15068

EOS CCA
700 Longwater Dr.
Norwell, MA  02061

Macy's/DSNB
PO Box 8218
Mason, OH  45040

Midland Funding
8875 Aero Dr.., Ste. 200
San Diego, CA  92123

Nationstar Mortgage
c/o Phelan Hallinan, LLP
1617 JFK Blvd., Ste. 1400
Philadelphia, PA  19103

Pinnacle Credit Service
7900 Highway 7
St. Louis Park, MN  55426


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341


Duquesne Light Co.
c/o Peter Ashcroft, Esq.
2200 Gulf Tower
Pittsburgh, PA  15219


ECMC
PO Box 16408
St. Paul, MN  55116


AES/Suntrust
PO Box 2461
Harrisburg, PA  17105


AMEX
PO Box 360001
Ft. Lauderdale, FL  33336


American Express Centurion Bank
c/o Becket & Lee
POB 3001
Malvern, PA  19355


Collecto U  Asset Management, Inc.
c/o Jefferson Capital Systems, Inc.
PO Box 7999
St. Cloud, MN  56302

Calvary Portfolio Services
500 Summit Lake Dr., Ste. 400
Vahalla, NY  10595


LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603


PHEAA
PO Box 8147
Harrisburg, PA  17105


Recovery Management Systems, Corp.
25 S.E. 2nd Ave. Ste. 1120
Miami, FL  33131


Rushmore Servicer
US Bank
60 Livingston Ave.
St. Paul, MN  55107


US Bank
PO Box 5229
Cincinnati, OH  45201


Wells Fargo Bank, NA
PO Box 19657
Irvine, CA  92623