IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :                                    **DEFAULT O/E JAD**

PAMELA M. LOPATTA,                                  :           **Bankruptcy No. <u>13-22916JAD</u>**
                                                    :
                                                    :           **Doc. No. <u>97</u>**
                                                    :
                                                    :
                        Debtor(s)                   :           **Chapter 13**

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

AND NOW, this _____27th_____ day of _____Febru_____, **2017**, IT IS HEREBY

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the

Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed.

Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed

to title 11 U.S.C. § 108 (c)  for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit

must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date

of this notice.

      **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to

11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred

eighty (180) days.

      **IT IS FURTHER ORDERED** that each income attachment issued in this case is now

terminated.  So that each employer and entity subject to an attachment order knows to stop the

attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

      **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final

Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST

Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged

from her duties in this case and this case will be closed without further order of Court.

      **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this

dismissal.

FILED
2/27/17 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:          **All Creditors And All Parties In Interest**

DISMIS~1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22916-JAD
Pamela M. Lopatta                                                   Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala          Page 1 of 2          Date Rcvd: Feb 27, 2017
                              Form ID: pdf900     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db           +Pamela M. Lopatta,    311 Meadowlark Lane,   West Mifflin, PA 15122-2526
cr            Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
13672292      AES/NFSLW-1,   Payment Center,   Harrisburg, PA 17130-0001
13672293     +AES/PHEAA,   1200 North 7th St.,   Harrisburg, PA 17102-1419
13672294     +AES/Suntrust,   PO Box 2461,   Harrisburg, PA 17105-2461
13672295     +AMEX,   PO Box 360001,   Ft. Lauderdale, FL 33336-0001
13743452      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13672296     +Collection Service Center,   832 Fifth Ave.,   New Kensington, PA 15068-6304
13980737      ECMC,   P.O. Box 16408,   ST. PAUL, MN 55116-0408
13672297     +EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
13672298     +Macys/DSNB,   PO Box 8218,   Mason, OH 45040-8218
13745150     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Department,
              PO Box 630267,   Irving, TX 75063)
13689422     +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
13672301     +Pinnacle Credit Service,   7900 Highway 7,   St. Louis Park, MN 55426-4045
14348193     +Rushmore as Servicer for U.S. Bank National Ass.,   60 Livingston Avenue,
              St. Paul, MN 55107-2292
14351992     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S.Bank National Association,   60 Linvingston Avenue,EP-MN-WS3D,
              St.Paul,MN 55107)
13679873      Wells Fargo Bank, N.A.,,   dba Wells Fargo Dealer Services,   P.O. Box 19657,
              Irvine, CA 92623-9657
13672302      Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:37
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL 33131-1605
13710564     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2017 02:49:45
              COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-7999
13687393     +E-mail/Text: bankruptcy@cavps.com Feb 28 2017 02:49:53    Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13720553     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 28 2017 02:50:26    Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13741162      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:51
              LVNV Funding, LLC its successors and assigns as,   assignee of CVF Consumer Acquisition,
              Company,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13672299     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2017 02:49:17    Midland Funding,
              8875 Aero Dr.., Ste. 200,   San Diego, CA 92123-2255
13672300     +E-mail/Text: paul.cressman@phelanhallinan.com Feb 28 2017 02:50:08    Nationstar Mortgage,
              c/o Phelan Hallinan, LLP,   1617 JFK Blvd., Ste. 1400,   Philadelphia, PA 19103-1814
13710312      E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:47
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13987162      E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:37
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                          TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC
cr            Nationstar Mortgage, LLC
cr            U.S. BANK NATIONAL ASSOCIATION
cr            U.S. Bank National Association, not in its individ
cr*           ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13745553*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Department,
              PO Box 630267,   Irving, Texas 75063)
                                                                           TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: aala              Page 2 of 2           Date Rcvd: Feb 27, 2017
                              Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
          Douglas G. Hipp   on behalf of Debtor Pamela M. Lopatta twohipp4u@hotmail.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Matthew Gregory Brushwood   on behalf of Creditor   Nationstar Mortgage, LLC pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 9
```