**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA M LOPATTA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-22916 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/09/2013 and confirmed on 10/30/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 42,945.75 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,945.75 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,100.00 | |
| Trustee Fee | 1,601.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,701.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEF<br>Acct: 9311 | 0.00 | 26,082.31 | 0.00 | 26,082.31 |
| US BANK NA - TRUSTEE RMAC TRUST SEF<br>Acct: 9311 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE RMAC TRUST SEF<br>Acct: 9311 | 11,018.06 | 2,801.12 | 0.00 | 2,801.12 |
| WELLS FARGO BANK DBA WELLS FARGC<br>Acct: 5378 | 11,279.98 | 7,266.54 | 3,093.84 | 10,360.38 |
| | | | | 39,243.81 |
| **Priority** | | | | |
| DOUGLAS G HIPP ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAMELA M LOPATTA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HIPP/KAISER-HIPP<br>Acct: | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE RMAC TRUST SEF<br>Acct: 9311 | 425.00 | 0.00 | 0.00 | 0.00 |

| 13-22916 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 323.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8002 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7... | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7... | | | | |
| ECMC(*) | 629.76 | 0.00 | 0.00 | 0.00 |
| Acct: 2188 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,243.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G... | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX9... | | | | |
| DEPARTMENT STORES NATIONAL BNK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0... | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8545 | | | | |
| PINNACLE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4... | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 6,997.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7904 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 562.31 | 0.00 | 0.00 | 0.00 |
| Acct: 9858 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 622.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6460 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 416.80 | 0.00 | 0.00 | 0.00 |
| Acct: 7288 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                   39,243.81

TOTAL CLAIMED
PRIORITY            425.00
SECURED         22,298.04
UNSECURED      11.797.26

Date: 04/11/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com